462    SUPREME COURT OF NEBRASKA.

O., N. & B. H. R. R. Co., v. Lamb.    Stout v. Rapp.

O., N. & B. H. R. R. Co., PLAINTIFF IN ERROR, v. BARTHOLOMEW LAMB, DEFENDANT IN ERROR.

This case is similar to that of the *Omaha, Niobrara & Black Hills Railroad Company v. Jacob Umstead, supra.* The judgment of the district court is reversed and the cause is remanded.

REVERSED AND REMANDED.

---

JOSEPH F. STOUT, PLAINTIFF IN ERROR, v. GEORGE W. RAPP, DEFENDANT IN ERROR.

1. **Jurisdiction of Supreme Court.** The supreme court has jurisdiction to review upon error the judgments and decisions of the district court made upon appeal from the county court in matters pertaining to the settlement of assigned estates.

2. ———. The county court has jurisdiction, under the provisions of section 34 of the act regulating the assignment of estates (Compiled Statutes 1885, Chap. 6), to decide as to whether personal property is exempt from execution and whether it should or should not be delivered to the assignee. Such enquiry does not involve the question of the title to real estate.

3. **Exemptions.** Where the title to the family residence is in the wife, it is nevertheless the homestead of the family, and is exempt from judgment or forced sale upon execution or other process, and in such case the head of the family is not entitled to the further exemption of $500 in personal property under the provisions of section 521 of the civil code.

ERROR to the district court for Antelope county. Tried below before TIFFANY, J.

*Thos. O'Day,* for plaintiff in error.

*N. D. Jackson* and *W. W. Byington,* for defendant in error.